**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

REBECCA S. AMIDON                                                                           PLAINTIFF

v.                                               3:04CV00219 JTR

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                                                     DEFENDANT

## JUDGMENT

Consistent with the Memorandum and Order entered on this day, IT IS CONSIDERED, ORDERED, AND ADJUDGED that judgment be entered for the Plaintiff, reversing the decision of the Commissioner, and remanding this case to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 22nd day of August, 2005.

_____
UNITED STATES MAGISTRATE JUDGE